Craig B. Sanders, Esq.
**SANDERS LAW GROUP**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 122776
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tod Seelie,<br><br>                Plaintiff,<br><br>        v.<br><br>TK PRODUCTIONS, INC.,<br><br>                Defendant. | **Case No. 2:21-cv-06260-SK** |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//

//

//

//

//

//

1  DATED: August 17, 2021

2  **SANDERS LAW GROUP**

3  By:   */s/ Craig B. Sanders*
Craig B. Sanders, Esq. (Cal Bar 284397)
4  100 Garden City Plaza, Suite 500
Garden City, NY 11530
5  Tel: (516) 203-7600
Email: csanders@sanderslaw.group
6  File No.: 122776
*Attorneys for Plaintiff*